IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CITIGROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 09cv223 |
| | ) | |
| <CITIBANK.ORG>, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge dated July 1, 2009, recommending entry of a default judgment against Defendant <CITIBANK.ORG> (Dkt. No. 16). Defendant has not filed any objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that Plaintiff Citigroup's request for an injunction against Defendant <CITIBANK.ORG> is GRANTED. It is further

ORDERED that the Public Interest Registry shall transfer ownership of the infringing domain name <citibank.org> from its current registrar to Plaintiff Citigroup.

July 31, 2009.
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge